UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jack Simmer and Sheri Simmer,<br><br>               Plaintiffs,<br><br>v.<br><br>HSBC Bank USA, N.A., as trustee for MortgageIT Securities Corp. Mortgage Loan Trust, Series 2007-2, Mortgage Pass-Through Certificates, Mortgage Electronic Registration Systems, Inc., MERSCORP Holdings, Inc., and also all other persons unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein,<br><br>               Defendants. | Civil No. 13-1549 (DSD/AJB)<br><br><br>**ORDER** |

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated November 13, 2013, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Docket No. 4) is **GRANTED;**

2. Defendant's Motion for Sanctions (Docket No. 15) is **DENIED WITHOUT PREJUDICE** to Defendants' ability to bring the matter before Judge Rosenbaum; and

3. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 3, 2013

                                                              s/David S. Doty                      
                                                              David S. Doty, Judge
                                                              U.S. District Court